# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page:  1-1

**Case No.:**  24-54031-BEM

**Case Name:**  DENNIS LEE KEEN
LINDA CAROL KEEN

**For Period Ending:**  06/30/2025

**Trustee Name:**  (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**  04/22/2024 (f)

**§ 341(a) Meeting Date:**  05/21/2024

**Claims Bar Date:**  11/18/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2007 Ford F-150, 221,591 miles<br>Notice of abandonment filed, Dkt # 33. | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2015 BMW XI, 128,787 miles<br>Notice of abandonment filed, Dkt # 33. | 7,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2023 Harley Davidson Heritage, 2500 miles<br>Notice of abandonment filed, Dkt # 33. | 17,865.00 | 0.00 | OA | 0.00 | FA |
| 4 | Household goods/Furnishings | 1,400.00 | 0.00 | | 0.00 | FA |
| 5 | TV, Laptop, Cell phones | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Rings | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: Truist Bank | 1,247.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Truist Bank | 511.39 | 0.00 | | 0.00 | FA |
| 10 | Savings: Truist Bank | 1,027.43 | 0.00 | | 0.00 | FA |
| 11 | 401k: Publix Super Markets | 389,947.00 | 0.00 | | 0.00 | 389,947.00 |
| 12 | Profit Plan: Publix | 79,491.00 | 0.00 | | 0.00 | 79,491.00 |
| 13 | Wells Fargo - Refund of funds relating to mortgage error (u) | 1,776.65 | 1,776.65 | | 1,776.65 | FA |
| **13** | **Assets**　　　**Totals**　　　(Excluding unknown values) | **$506,865.47** | **$1,776.65** | | **$1,776.65** | **$469,438.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:**    24-54031-BEM

**Case Name:**    DENNIS LEE KEEN
LINDA CAROL KEEN

**For Period Ending:**  06/30/2025

**Trustee Name:**    (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**  04/22/2024 (f)

**§ 341(a) Meeting Date:**   05/21/2024

**Claims Bar Date:**  11/18/2024

**Major Activities Affecting Case Closing:**

7/19/2025 - Per Response in Opposition to Motion to Avoid Lien on Exempt Personal Property (Dkt # 25):

On July 16, 2024, Debtor Linda Keen failed to appear for her Rule 2004 Examination. (Exh. 1). Mr. Keen appeared via Zoom. During the examination, it was discovered that $42,000.00 was potentially taken from Debtors' checking account and deposited into Debtor Linda Keen's 401k account. (Id.). Other transfers and withdrawals were unaccounted for. (Id.). Mr. Keen owns multiple firearms and Debtor Linda Keen had also purchased a firearm. (Id.). These firearms were not reported on Debtors' 106A/B Schedule. (See Doc. 1). In fact, Debtors stated on said schedule that they did not own any firearms. (Id.). Moreover, additional banking accounts with a credit union and another financial account were not disclosed on Debtors' schedules. (See Doc. 1; Exh. 1). Debtors did not provide financial records for these accounts or any credit card accounts or any 401k and profit plan accounts. (Exh. 1). Debtors have excessive and continued expenditures such as multiple trips to Harrah's Casino over the previous two years. (Id.). Furthermore, certain facts surrounding Debtors' gifts of money to family members came into conflict with statements previously made by Debtors at the meeting of creditors to include the value of said gift. (Id.).

7/25/2024 - Trustee withdrawals Chapter 7 Trustee's Report of No Distribution filed electronically on May 21, 2024.

8/19/2024 - Trustee declared case as an asset case and filed notice of abandonment of vehicle.

6/30/2025 - Trustee is monitoring adversary 25-05070 filed by Matthew Kern and Jessica Kern against Debtors for any recoverable assets.

**Initial Projected Date Of Final Report (TFR):**          12/31/2026          **Current Projected Date Of Final Report (TFR):**          12/31/2026

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 24-54031-BEM | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | DENNIS LEE KEEN | | Bank Name: | East West Bank |
| | LINDA CAROL KEEN | | Account #: | ******0652 Checking |
| Taxpayer ID #: | **-***6250 | | Blanket Bond (per case limit): | $27,123,000.00 |
| For Period Ending: | 06/30/2025 | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| 09/09/24 | {13} | Wells Fargo | Mortgage Error relating to loan modification | 1290-000 | 1,776.65 | | 1,776.65 |
| 09/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,771.65 |
| 10/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,766.65 |
| 11/29/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,761.65 |
| 12/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,756.65 |
| 01/31/25 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,751.65 |
| 02/27/25 | | Transfer Debit to Western Alliance Bank acct XXXXXX2517 | Transition Debit to Western Alliance Bank acct XXXXXX2517 | 9999-000 | | 1,751.65 | 0.00 |

| | | Deposit | Disbursement | Account Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 1,776.65 | 1,776.65 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 1,751.65 | |
| Subtotal | | 1,776.65 | 25.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $1,776.65 | $25.00 | |

{ } Asset Reference(s)                                                                                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 24-54031-BEM | |
| **Case Name:** | DENNIS LEE KEEN | |
| | LINDA CAROL KEEN | |
| **Taxpayer ID #:** | **-***6250 | |
| **For Period Ending:** | 06/30/2025 | |

| | | |
|---|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) | |
| **Bank Name:** | Western Alliance Bank | |
| **Account #:** | ******2517 Checking Account | |
| **Blanket Bond (per case limit):** | $27,123,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/27/25 | | Transfer Credit from East West Bank acct XXXXXX0652 | Transition Credit from East West Bank acct XXXXXX0652 | 9999-000 | 1,751.65 | | 1,751.65 |
| 02/28/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,746.65 |
| 03/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,741.65 |
| 04/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,736.65 |
| 05/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,731.65 |
| 06/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,726.65 |

| | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | 1,751.65 | 25.00 | $1,726.65 |
| Less: Bank Transfers/CDs | 1,751.65 | 0.00 | |
| **Subtotal** | 0.00 | 25.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $25.00 | |

*{ } Asset Reference(s)*                                                                                          *! - transaction has not been cleared*

**Form 2**

Page: 2-3

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 24-54031-BEM | | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | DENNIS LEE KEEN<br>LINDA CAROL KEEN | | **Bank Name:** | Western Alliance Bank |
| **Taxpayer ID #:** | **-***6250 | | **Account #:** | ******2517 Checking Account |
| **For Period Ending:** | 06/30/2025 | | **Blanket Bond (per case limit):** | $27,123,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $1,776.65 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,776.65 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0652 Checking | $1,776.65 | $25.00 | $0.00 |
| ******2517 Checking Account | $0.00 | $25.00 | $1,726.65 |
| | **$1,776.65** | **$50.00** | **$1,726.65** |